MORGAN J. BLYDENBURGH, Respondent and Appellant, *v.*
DAVID J. ELY et al., Appellants and Respondents.

*Blydenburgh* v. *Ely*, 161 App. Div. 91, affirmed.
(Submitted February 9, 1917; decided February 27, 1917.)

CROSS-APPEALS from a judgment of the Appellate
Division of the Supreme Court in the second judicial
department, entered March 23, 1914, affirming a judg-
ment in favor of plaintiff for part of the relief demanded
in the complaint, entered upon a decision of the court at
a Trial Term without a jury in an action to enforce a
right of way across defendant's land and to compel him
to remove two gates which he had erected and locked,
one across the road at the northern and the other at the
southern extremity of the defendant's property. The
plaintiff had judgment against the defendant concern-

41

ing the northern gate with the exception that the court held that defendant had a right to maintain an easy swinging gate but no right to lock it against the plaintiff. As to the gate on the southern extremity of the road the plaintiff's cause of action was dismissed upon the ground that it did not come within the issue raised by the pleadings.

*Harold N. Eldridge* and *Rowland Miles* for plaintiff, respondent and appellant.

*Charles D. Miller* for defendants, appellants and respondents.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.